# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| EMPLOYERS & CEMENT MASONS #90 HEALTH AND WELFARE FUND, *et al.*, | ) ) ) |
| Plaintiffs, | ) ) |
| vs. | ) )  Case No. 4:22-cv-00241-MTS |
| JMY PLASTERING SPECIALIST, LLC, | ) ) ) |
| Defendant. | ) |

## **MEMORANDUM AND ORDER**

Before the Court is Plaintiffs' Motion for Order for Production Against Defendant JMY Plastering Specialist, LLC, Doc. [8]. The Clerk of Court has entered default as to Defendant. Doc. [7]. The Court will grant the Motion largely for the reasons stated in the Motion and the well-pleaded allegations in Plaintiffs' Complaint, see *Marshall v. Baggett*, 616 F.3d 849, 852 (8th Cir. 2010); see also Fed. R. Civ. P. 8(b)(6).

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiffs' Motion for Order for Production Against Defendant JMY Plastering Specialist, LLC, Doc. [8], is **GRANTED**.

**IT IS FURTHER ORDERED** that Defendant JMY Plastering Specialist, LLC shall submit to Plaintiffs all outstanding fringe benefit remittance reports for the period of April 2021 through April 2022 within fourteen (14) days of the date of this Memorandum and Order, in care of: James R. Kimmey, Kavanagh & O'Hara LLP, 101 W. Vandalia St., Suite 245, Edwardsville, Illinois 62025.

- 2 -

**IT IS FINALLY ORDERED** that Plaintiffs shall provide a copy of this Memorandum and Order to Defendant via mail and also may provide it by any other means they deem appropriate. Plaintiffs shall file proof of same.

Dated this 10th day of May, 2022.

_____
MATTHEW T. SCHELP
UNITED STATES DISTRICT JUDGE